IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00874-BNB

DONALD ENGEL,

Applicant,

v.

J. M. WILNER, Warden, FCI-Florence,

Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2009

GREGORY C. LANGHAM
CLERK

---

ORDER DENYING LEAVE TO PROCEED *IN FORMA PAUPERIS*

---

Applicant, Donald Engel, initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons stated below, Applicant will be denied leave to proceed *in forma pauperis* in this action.

Section 1915(a)(1) allows a litigant to commence a lawsuit without prepayment of fees or security therefor. However, "[t]here is no absolute right to proceed in court without paying a filing fee in civil matters." **Holmes v. Hardy**, 852 F.2d 151, 153 (5th Cir. 1988); *see also* 28 U.S.C. § 1914(a). Proceeding *in forma pauperis* pursuant to § 1915, *i.e.* without paying a filing fee under § 1914, is a privilege extended to individuals unable to pay such a fee. *See Holmes*, 852 F.2d at 153.

Applicant alleges that he has $1,139.58 in his prison account. Therefore, the Court finds that Applicant has sufficient assets to pay the $5.00 filing fee and does not qualify to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. He will be directed to pay the $5.00 filing fee required pursuant to 28 U.S.C. § 1914 if he wishes to pursue

his claims in this action. Accordingly, it is

ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 filed on April 22, 2009, is denied. It is

FURTHER ORDERED that the motion filed on April 15, 2009, for an order authorizing the clerk to withdraw the filing fee filed directly from Applicant's inmate account is denied. It is

FURTHER ORDERED that Applicant pay the full $5.00 filing fee **within thirty (30) days from the date of this order** if he wishes to pursue his claims in this action. It is

FURTHER ORDERED that if Applicant fails to pay the full $5.00 filing fee within the time allowed, the habeas corpus application will be denied and the action will be dismissed without prejudice and without further notice.

DATED at Denver, Colorado, this __1__ day of _____May_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  09-cv-00874-BNB

Donald Engel
Reg No. 07045-085
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/4/09

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk