IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00874-BNB

DONALD ENGEL,

    Applicant,

v.

J. M. WILNER, Warden, FCI - Florence,

    Respondent.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 15 2009

GREGORY C. LANGHAM
                CLERK

---

ORDER OF DISMISSAL

---

Applicant, Donald Engel, is in the custody of the United States Bureau of Prisons and currently is incarcerated at the Federal Correctional Institution in Florence, Colorado. He initiated this action by submitting *pro se* an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

In an order filed on May 4, 2009, the Court denied Mr. Engel leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 because he alleged that he had $1,139.58 in his prison trust fund account. The May 4 order directed Mr. Engel to pay the full $5.00 filing fee within thirty days, and warned him that if he failed to do so the habeas corpus application would be denied and the action dismissed without prejudice and without further notice. On June 3, 2009, Magistrate Judge Boyd N. Boland granted Mr. Engel's request for a thirty-day extension of time in which to submit the $5.00 filing fee owed in this action. The June 3 order reminded Mr. Engel that failure to pay the $5.00 filing fee within the time allowed would result in the dismissal of the instant action.

Mr. Engel has failed within the time allowed to pay the $5.00 filing fee or otherwise communicate with the Court in any way. Accordingly, it is

ORDERED that the habeas corpus application is denied and the action is dismissed without prejudice for failure to cure and for failure to prosecute.

DATED at Denver, Colorado, this 15 day of July, 2009.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00874-BNB

Donald Engel
Reg No. 07045-085
FCI - Florence
P.O. Box 6000
Florence, CO 81226-6000

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/15/09

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk